# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WESTERN SURETY COMPANY, etc.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 24-0085-WS-MU |
| | ) |
| **ALABAMA CREDIT UNION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the order of Court dated April 28, 2025, the following defendants have forfeited any claim to the bond proceeds paid into court: Azalea City Credit Union and Minian White Davis. Judgment by default is hereby entered in favor of plaintiff Western Surety Company and against said defendants.

DONE this 28th day of April, 2025.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE
